| | |
|---|---|
| DATE: | 11/9/2026 |
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCHELL |
| DEP.CLERK: | LISA HARDWICK |
| RPTR/ECRO: | LISA HARDWICK |
| USPO: | SONIA TISCORENO |
| INTERPRETER: | ------------------------------- |
| START TIME: | 10:06 A.M. |
| END TIME: | 10:14 A.M. |

**CASE NUMBER** 6:26-MJ-00168-JDL

**UNITED STATES OF AMERICA**
**V.**
**EDWARD DUBROVSKY**

| | |
|---|---|
| **LUCAS MACHICEK** | **JASON CASSEL** |

**INITIAL APPEARANCE ON A COMPLAINT**

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
| ☒ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☒ | Date of Arrest: 10/8/26 in EDPA | ☒ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☐ | Dft request appointed counsel, is sworn & examined re: financial status | ☐ | Court finds Dft eligible and appoints: AFPD David Barlow |
| ☒ | Gvt Oral Motion for Detention | ☒ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☒ | Deft advised of the right to consular notification |
| ☒ | Waiver of Detention | ☒ | Waiver of Preliminary Hearing |
| ☐ | Order of Temporary Detention | ☐ | Preliminary and Detention Hearing set: |
| ☒ | Order of Detention | ☐ | Waiver of Appearance by Video |
| ☒ | Order Finding Probable Cause | ☒ | Dft remanded to the custody of the US Marshal |