**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NUMBER 6:26-MJ-00168-JDL** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **EDWARD DUBROVSKY** | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5. or to a preliminary hearing under Fed. R. Crim. P.32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5. or Fed. R. Crim. P.32.1.

Date: 11/9/26

_______________________
*Defendant's Signature*

_______________________
*Signature of Defendant's Attorney*