**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NUMBER 6:26-MJ-00168-JDL** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **EDWARD DUBROVSKY** | § | |

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, Edward Dubrovsky, is held over for grand jury consideration.

ORDERED and SIGNED this 9th day of November 2026.

K. Nicole Mitchell

K. Nicole Mitchell, U.S. Magistrate Judge