**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NUMBER 6:26-MJ-00168-JDL** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **EDWARD DUBROVSKY** | § | |

**WAIVER OF DETENTION HEARING**

I, EDWARD DUBROVSKY, charged in a Complaint pending in this District, and having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

DATE: 11/9/26

Defendant

Counsel for Defendant