12028045

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

**SEALED**

United States of America
v.

EDWARD DUBROVSKY
a.k.a. "Ed"
a.k.a. "brown"

*Defendant*

Case No. 6:26-MJ-168

12:29 pm Oct 09, 2026
RECEIVED
EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* EDWARD DUBROVSKY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offenses are briefly described as follows:

Conspiracy to threaten to impair the confidentiality of information with the intent to extort money, in violation of 18 U.S.C. §§ 371 and 1030(a)(7)(B).
Interference with commerce by threats (Hobbs Act Extortion and conspiracy to commit Hobbs Act extortion), in violation of 18 U.S.C. §§ 1951(a) and (b)(2).

Date: 10-7-26

*Issuing officer's signature*

City and state: Tyler, Texas

John D. Love, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/9/26, and the person was arrested on *(date)* 10/9/26 at *(city and state)* Sulphur Springs, TX.

Date: 10/9/26

*Arresting officer's signature*

A. Cabadillas, DUSM
*Printed name and title*